This memorandum is uncorrected and subject to revision before publication in the New York Reports.
-----------------------------------------------------------------

No. 34
Global Reinsurance Corporation of
America, successor in interest to
Constitution Reinsurance
Corporation,
            Respondent,
        v.
Century Indemnity Company,
successor in interest to CCI
Insurance Company, successor in
interest to Insurance Company of
North America,
            Appellant.


        Daryn E. Rush, for appellant.
        David L. Pitchford, for respondent.



*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issues presented are to be considered after briefing and argument.  Chief Judge DiFiore and Judges Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

Decided January 10, 2017